UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHAWN VAIL,
\*
\*
Plaintiff
\*
\*
vs.
\*   CIVIL ACTION NO. 3:06CV000155-BD
\*
MICHAEL J. ASTRUE,
\*
COMMISSIONER OF
\*
SOCIAL SECURITY[1]
\*
\*
Defendant
\*

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 23rd day of May, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]Michael J. Astrue was sworn in as the Commissioner of Social Security on February 12, 2007. He is substituted, therefore, for Jo Anne B. Barnhart under Fed.R.Civ.P. 25(d)(1).