UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| SHAWN VAIL, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | CIVIL ACTION NO.  3:06CV000155-BD |
| | * | |
| MICHAEL J. ASTRUE, | * | |
| COMMISSIONER OF | * | |
| SOCIAL SECURITY[1] | * | |
| | * | |
| Defendant | * | |

## ORDER

Plaintiff has moved for an award of attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412.  (Docket Entry # 15)  He requests fees in the amount of $2799.15 and expenses in the amount of $13.95.  The Commissioner has responded to the fee request (docket entry # 18) and has no objection to the amount requested by the Plaintiff.

Accordingly, Plaintiff is hereby awarded $2799.15 in fees and $13.95 in costs, this 8th day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]Michael J. Astrue was sworn in as the Commissioner of Social Security on February 12, 2007.  He is substituted, therefore, for Jo Anne B. Barnhart under Fed.R.Civ.P. 25(d)(1).